UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| DAVID J. FEILER, | : | |
| | : | CASE NO.: |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC, | : | NOTICE OF REMOVAL OF ACTION |
| | : | UNDER 28 U.S.C. §1441 |
| Defendant. | : | **(FEDERAL QUESTION)** |
| | : | |
| | : | |
| | : | |

PLEASE TAKE NOTICE that Defendant LVNV Funding, LLC ("LVNV") hereby removes to this Court the state court action described below.

1. Plaintiff David J. Feiler ("Plaintiff") commenced an action in the Grant District Court, State of Kentucky, entitled and captioned: *David J. Feiler v. LVNV Funding LLC* and assigned Case No.: 15-C-582. A copy of the Summons and Complaint served on LVNV is attached and marked as Exhibit "A".

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by LVNV pursuant to 28 U.S.C. § 1441 in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3. LVNV was served on October 19, 2015. Accordingly, this removal is timely.

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), LVNV will give notice of the filing of this notice to the Plaintiff and to the clerk of the Grant District Court, State of Kentucky, where the action is currently pending.

WHEREFORE, LVNV respectfully requests that the above captioned matter currently pending in the Grant District Court, State of Kentucky, be removed to this Honorable Court.

DATED this 6th day of November, 2015.

Respectfully submitted:

/s/ Kevin Ray Feazell
Kevin Ray Feazell
James C. Kezele
Cors & Bassett, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, OH 45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com
jck@corsbassett.com

Trial Attorney for LVNV Funding, LLC

## **CERTIFICATE OF SERVICE**

The undersigned further certifies that a true copy of the foregoing was filed with the Court on November 6, 2015, using the CM/ECF system, which will serve all parties of interest including:

James H. Lawson
115 S. Sherrin, Unit 4
Louisville, KY 40207

        /s/ Kevin Ray Feazell
        Kevin Ray Feazell

709711.1