# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
### Louisville Division

| | | |
|---|---|---|
| David Feiler | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   2:15-cv-00191-DLB |
| | ) | |
| LVNV Funding, LLC | ) | |
|    *Defendant* | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is dismissing with Prejudice his claims against LVNV Funding, LLC.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
james@kyclc.com
Tel:   (502) 473-6525
Fax:   (502) 473-6561

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*